| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Amy J Yu<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–9630<br>EIN    __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    ____<br>EIN    __–_____ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    25–20984–JKS | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Amy J Yu

<u>1/23/26</u>                                                              **By the court:** <u>John K. Sherwood</u>
                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Amy J Yu  
    Debtor

Case No. 25-20984-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: Jan 23, 2026     Form ID: 318     Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Amy J Yu, 755 Jefferson Avenue, Cliffside Park, NJ 07010-2131 |
| cr | | KeyBank National Association, c/o Benjamin D. Burge, Esq., 1600 Liberty Building, Buffalo, NY 14202 |
| 520849679 | + | 440 BPP LLC, 2160 North Central Avenue, Suite 207, Fort Lee, NJ 07024-7547 |
| 520849680 | + | Am West Funding Corp., 6 Pointe Drive, Suite 300, Brea, CA 92821-6323 |
| 520849682 | + | Attorney General, United States Department of Justice, Department of the Treasury, P.O. Box 683, Washington, DC 20044-0683 |
| 520849687 | | Citiibank Client Services, PO Box 790131, Saint Louis, MO 63179-0131 |
| 520849691 | + | Heather Kim, 158 Linwood Plaza Suite 323, Fort Lee, NJ 07024-3798 |
| 520849692 | + | Ho Ki Yu, 128 County Road, Cresskill, NJ 07626-2264 |
| 520849693 | + | Key Bank National Association, 726 Exchange Bank, Buffalo, NY 14210-1485 |
| 520849696 | | Lexus Financial Services, PO Box 94316, Palatine, IL 60094-4316 |
| 520849695 | | Lexus Financial Services, PO Box 94316, Cedar Rapids, IA 52409-8026 |
| 520849698 | | Plymouth Rock- HP-PA, PO Box 55877, Boston, MA 02205-5877 |
| 520849701 | | Rupp Pfalzgraf LLC, 1600 Liberty Building, Buffalo, NY 14202-3694 |
| 520849702 | + | Tae Hyun Whang, Esq., 185 Bridge Plaza North, Suite 201, Fort Lee, NJ 07024-5900 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 23 2026 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 23 2026 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520849681 | | Email/PDF: bncnotices@becket-lee.com | Jan 23 2026 21:08:04 | American Express, P.O. Box 15132, Wilmington, DE 19850-5132 |
| 520849685 | + | EDI: BANKAMER2 | Jan 24 2026 01:45:00 | Bank of America, N.A., NC1-001-07-06, 101 N Tryon Street, Charlotte, NC 28255-0001 |
| 520849688 | | Email/Text: correspondence@credit-control.com | Jan 23 2026 21:04:00 | Credit Control, LLC, PO Box 546, Hazelwood, MO 63042 |
| 520849686 | | EDI: JPMORGANCHASE | Jan 24 2026 01:45:00 | Chase, Cardmember Service, PO Box 15548, Wilmington, DE 19886-5548 |
| 520849689 | | EDI: DISCOVER | Jan 24 2026 01:45:00 | Discover Card, PO Box 70176, Philadelphia, PA 19176-0176 |
| 520849694 | ^ | MEBN | Jan 23 2026 20:58:46 | KML Law Group P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520849699 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 23 2026 21:03:00 | PNC Bank, PO Box 71335, Philadelphia, PA 19176-1335 |
| 520849703 | | EDI: TDBANKNORTH.COM | Jan 24 2026 01:45:00 | TD Bank, N.A., PO Box 9547, Portland, ME 04112-9547 |

Case 25-20984-JKS    Doc 16    Filed 01/25/26    Entered 01/26/26 00:20:09    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 23, 2026 | Form ID: 318 | Total Noticed: 27 |

| 520849704 | ^ MEBN | | Jan 23 2026 20:59:34 | The Port Authority of NY & NJ, Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |
| 520849705 | + | Email/Text: bankruptcynotices@sba.gov | Jan 23 2026 21:03:00 | U.S. Small Business Administration, 409 3rd St,., SW, Washington, DC 20416-0002 |
| 520849708 | + | Email/Text: bkfilings@zwickerpc.com | Jan 23 2026 21:05:00 | Zwicker & Associates, P.C., 1020 Laurel Oak Road, Suite 303, Voorhees, NJ 08043-3518 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520849690 | | Goldinstar Corp |
| 520849697 | | Luxury of New York Inc. |
| 520849700 | | Rainbowinstar Inc. |
| 520849684 | *+ | Attorney General, United States Department of Justice, Department of the Treasury, P.O. Box 683, Washington, DC 20044-0683 |
| 520849683 | *+ | Attorney General, United States Department of Justice, Department of the Treasury, P.O. Box 683, Washington, DC 20044-0683 |
| 520849707 | *+ | U.S. Small Business Administration, 409 3rd St,., SW, Washington, DC 20416-0002 |
| 520849706 | *+ | U.S. Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0002 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 25, 2026    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin D. Burge | on behalf of Creditor KeyBank National Association burge@rupppfalzgraf.com hill@rupppfalzgraf.com;statefiling@rupppfalzgraf.com;brasky@rupppfalzgraf.com |
| Denise E. Carlon | on behalf of Creditor AmWest Funding Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jeffrey Thomas Testa | jtesta@mccarter.com J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com |
| John W. Sywilok | on behalf of Debtor Amy J Yu sywilokattorney@sywilok.com |
| Tae Hyun Whang | on behalf of Creditor 440 BPP LLC tw@whanglawllc.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |